PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
0980 2:12CR06011-001

DOCKET NUMBER (Rec. Court)
CR-19-37-m-DWM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Wilkinson, Justin | Eastern District of Washington | Richland |
| | NAME OF SENTENCING JUDGE | |
| | Edward F. Shea | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM May 3, 2017 | TO July 27, 2021 |

OFFENSE
18 U.S.C. § 1349 Conspiracy to Commit Bank Fraud
18 U.S.C. § 1028(A) Aggravated Identity Theft

**FILED**
SEP 0 9 2019
Clerk, U.S District Court
District Of Montana
Missoula

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Washington

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District Of Montana    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 5, 2019
_Date_

_Edward F. Shea_
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    District Of Montana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 9, 2019
13:26 P.M
_Effective Date_

_United States District Judge_